IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL W. PAULSON : | |
|       Petitioner, : | |
| : | |
| v. : | Civil No. 2:20-cv-02961-JMG |
| : | |
| DELAWARE COUNTY, *et al.,* : | |
|       Respondents. : | |

**ORDER**

**AND NOW**, this 12th day of March, 2021, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.

2. The petition for a writ of habeas corpus is **DENIED**.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge